No. 261. PRUDENTIAL INSURANCE Co. *v.* NELSON, TRUSTEE IN BANKRUPTCY. October 9, 1939. Petition for

writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. William Marshall Bullitt* for petitioner. *Mr. Chas. S. Coffey* for respondent.